# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 18-30181
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
November 12, 2018

Lyle W. Cayce
Clerk

RALPH SLAUGHTER,

Plaintiff-Appellant

v.

TONY CLAYTON; LEA POLK-MONTGOMERY; BOARD OF SUPERVISORS OF SOUTHERN UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE,

Defendants-Appellees

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:09-CV-190

Before HIGGINBOTHAM, JONES, and SMITH, Circuit Judges.

PER CURIAM:*

The court has carefully considered this appeal in light of the briefs, pertinent portions of the record and the district court opinion. Finding no reversible error of law or fact in the district court's cogent opinion, we **AFFIRM** the court's judgment in favor of the Board of Supervisors and individual members thereof.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.